```
            UNITED STATES DISTRICT COURT
          SOUTHERN DISTRICT OF MISSISSIPPI
                   EASTERN DIVISION
```

GEORGIA CAMPBELL                                        PLAINTIFF

VS.                               CIVIL ACTION NO. 4:05CV115LN

BOARD OF TRUSTEES OF THE QUITMAN
SCHOOL DISTRICT AND CHARLES W.
SHEPHERD, SUPERINTENDENT IN HIS
OFFICIAL CAPACITY AND INDIVIDUALLY                     DEFENDANTS

## JUDGMENT

Based on the court's memorandum opinion and order entered this date, it is ordered and adjudged that the complaint in this cause is dismissed with prejudice.

SO ORDERED AND ADJUDGED this 15th day of August, 2006.

                              /s/ Tom S. Lee
                              UNITED STATES DISTRICT JUDGE